MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| SUMIT ROY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:14-cv-04661-SC<br>Honorable Samuel Conti<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Action Filed:   October 20, 2014<br>Trial Date:      None Set |

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the Parties set forth above, all claims asserted in this action
3  by plaintiff Sumit Roy against defendant Wells Fargo Bank, N.A. ("Wells Fargo") are Dismissed
4  with Prejudice.

5  As to any absent, putative class members who may be deemed to assert or to have asserted
6  claims against Wells Fargo in this action, such claims are hereby Dismissed without Prejudice.

7  Each Party shall bear its own costs, expenses, and attorneys' fees.

8  **IT IS SO ORDERED.**

10  DATED: 09/29/2015



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

07685.1397/5130626.1                     2                     3:14-cv-04661-SC
[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE OF
DEFENDANT WELLS FARGO BANK, N.A